3/20/2018 4:21 PM
Chris Daniel - District Clerk Harris County
Envelope No. 23302071
By: Anna Evetts
Filed: 3/20/2018 4:21 PM

CAUSE NO. 2018-06748

| | | |
|---|---|---|
| PAULA CORNISH | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HUDSON GROUP (HG) RETAIL, LLC | § | 133RD JUDICIAL DISTRICT |

## DEFENDANTS' INITIAL DEFENSES AND ANSWER

Defendant Hudson Group (HG) Retail, LLC files its defenses and answer.

### DEFENSES

1. Defendant invokes the doctrine of comparative negligence.

### GENERAL DENIAL

2. Defendant generally denies all the allegations and claims in the plaintiff's petition and respectfully requests that Plaintiff be required to prove all alleged claims, charges, allegations, and claimed damages by a preponderance of the evidence.

### LIMITATION ON RECOVERY OF CLAIMED MEDICAL EXPENSES

3. Pursuant to Section 41.0105 of the Texas Civil Practice & Remedies Code, recovery of medical expenses is limited to the amount actually paid or incurred by or on behalf of the claimant. Plaintiff should not be allowed to submit any medical bills in excess of the "actually paid or incurred" amounts.

### PRAYER

4. Defendant prays it be released, discharged, and acquitted of all claims, charges and allegations filed against it, that judgment be rendered in Defendant's favor, that Plaintiff take nothing by reason of this suit, that Defendant be awarded costs and all other relief to which Defendant is entitled.

DEFENDANT'S EXHIBIT D

4816-1407-6511.1

2

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Norman Ray Giles*
NORMAN RAY GILES
Attorney-in-charge
State Bar No. 24014084
BRIDGET TRUXILLO
State Bar No. 24062600
Lewis Brisbois Bisgaard & Smith, LLC
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Tel: (832) 460-4606
Fax: (713) 759-6830
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record on this 20th day of March, 2018.

Scott Sanes
State Bar No. 17630600
Pearland Town Center – Offices East
11200 Broadway, Suite 2705
Pearland, TX 77584
(713) 799-8400

*s/ Norman Ray Giles*